# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GEORGE HUMBER, JR.,** : | |
| Plaintiff : | CIVIL ACTION NO. 3:15-CV-00087 |
| vs. : | (MANNION, D.J.) |
| **COMMONWEALTH OF PA,** : | (SCHWAB, M.J.) |
| Defendant : | |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Judge Schwab's report and recommendation, (Doc. 3), is **ADOPTED IN PART**.

2. The plaintiff's motion to proceed *in forma pauperis*, (Doc. 2), is **GRANTED.**

3. The plaintiff's "complaint," (Doc. 1), is **DISMISSED WITHOUT PREJUDICE,** as noted in the memorandum.

4. The plaintiff's motions for an extension of time, (Doc. 4), and to appoint counsel, (Doc. 5), are **DENIED AS MOOT**.

5. The Clerk of Court shall close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Date: March 5, 2015

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-00087-01 order.wpd